# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILBERT HARRIS,               )
                              )
              Plaintiff,      )
                              )
        v.                    )    Civil Case No. 11-114 (RJL)
                              )
UNITED STATES DEPARTMENT OF   )
VETERANS AFFAIRS,             )
                              )
              Defendant.      )
                              )

## ORDER
(June _2_, 2013) [Dkt. #20]

For the reasons set forth in the Memorandum Opinion entered this _7_ day of June

2013, it is hereby

**ORDERED** that the defendant's motion [DKT. #20] is **GRANTED**;

and it is further

**ORDERED** that summary judgment be entered for defendant;

and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge